# EXHIBIT A



954.271.2719

501 E Las Olas Blvd, Suite 308
Fort Lauderdale FL 33301

www.millenniallaw.com
zach@millenniallaw.com

November 8, 2022

**VIA CERTIFIED US MAIL**
Floyd Joy Mayweather Jr.
288 S Coconut Lane
Miami Beach Florida 33139

Dear Mr. Mayweather

  We represent Eric & Co Trading Group, LLC, and are writing you with respect to the claims that our client will be pursuing against you. As we understand it, you caused our client to provide you with possession and custody of $389,550.00, by representing that you would be running a pop-up shop and would reimburse it for the jewelry it provided. Notwithstanding the foregoing representations, it would appear as though you never intended to reimburse our client for the amounts that were due and owed, such that your promises constituted fraudulent statements. Accordingly, your continued possession of our client's property without paying it for the value thereof constitutes conversion, civil theft and fraud.

  In light of the foregoing, this letter serves as notice, pursuant to Fla. Stat. § 772.11, of the obligation to return the jewelry to our client or reimburse it for the value thereof. As such, Eric & Co Trading Group, LLC also hereby makes demand for One Million One Hundred And Sixty Eight Thousand, Six Hundred and Fifty Dollars ($1,168,650) which is three times the actual damages it sustained as a result of the theft by you of our client's property.

  To avoid further damages under Section 772.11, said amount must be delivered to the undersigned attorney and law firm within thirty (30) days from the receipt of this letter. If said amount is paid within thirty (30) days, you will be given a written release from further civil liability. Your client's failure to pay the amount demanded when and as specified herein will leave Eric & Co Trading Group, LLC with no choice but to take further legal action.

  We look forward to hearing from you and our client reserves all rights with respect to this matter.

Very Truly Yours,

*Zachary Hyman*



A law firm that works
the way you do.