**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-20045-ALTMAN/Reid**

**ERIC & CO TRADING GROUP LLC**,

    *Plaintiff*,

v.

**FLOYD MAYWEATHER, JR.**,

    *Defendant*.

_____/

**DEFAULT FINAL JUDGMENT**

In a separate Order [ECF No. 13], the Court granted the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 9]. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS and ADJUDGES** that:

1. Judgment is entered in favor of the Plaintiff as follows:

    a. The Plaintiff shall recover from the Defendant:

        i. Treble damages in the amount of **$1,168,650** for civil theft pursuant to Fla. Stat. § 772.11(1).

        ii. Reasonable attorneys' fees and costs in the amount of **$8,576** pursuant to Fla. Stat. § 772.11(1).

2. The Plaintiff shall be entitled to pre-judgment interest on the total judgment amount at the applicable legal rate from June 6, 2021, through the date of this Judgment.

3. The Plaintiff shall be entitled to post-judgment interest on the total judgment amount as allowable by law from the date of this Judgment through the date of payment.

4. For the above sums, let execution issue.

5. The Court retains jurisdiction to enforce this Default Final Judgment.

**DONE AND ORDERED** in the Southern District of Florida on June 3, 2023.

                                                   **ROY K. ALTMAN**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record