UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,　　　　　　　　CASE NO.: 23-CV-20045-RKA

　　　Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

　　　Judgment Debtor.

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

　　　Garnishees.
_____/

**ORDER ON EX-PARTE MOTION FOR WRIT OF GARNISHMENT**

THIS CAUSE is before the Court upon Judgment Creditor, ERIC & CO TRADING GROUP LLC's ("*Judgment Creditor*" or "*Eric & Co.*") Ex-Parte Motion for Writ of Garnishment (the "***Motion***") filed with the Court on August 22, 2023. The Court having reviewed the Motion and pleadings in this case and being fully apprised on the premises, it is hereby:

**ORDERED and ADJUDGED** that the Motion is GRANTED. The Clerk of the Court is directed to issue the Writs of Garnishment.

**DONE and ORDERED** in the Southern District of Florida on August ____, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROY K. ALTMAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to:
Zachary P Hyman, Esq.
Floyd Mayweather, Jr., *Judgment Debtor*
288 South Coconut Lane, Miami Beach, Florida 33139