UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,            CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

    Garnishees.
_____/

## WRIT OF GARNISHMENT

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

    **YOU ARE COMMANDED** to summon the garnishee, **JP MORGAN CHASE BANK, N.A., c/o CT Corporation System, Registered Agent, 1200 S. Pine Island Road, Plantation, Florida 33324**, to serve an answer to this writ on Judgment Creditor's attorney, whose address is Zachary P. Hyman, Esq., Millennial Law, 501 E. Las Olas Blvd, Suite 200/314, Fort Lauderdale, Florida 33301 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Judgment Debtor, ERIC & CO TRADING GROUP LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor the Garnishee is in possession or control of at the time of the answer or had

at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the Judgment Debtor. The amount set in plaintiff's motion is the sum of $1,168,650.00, plus prejudgment interest of $111,551.32 and post-judgment interest, attorneys' fees and costs in the amount of $8,576 remains due and unpaid on the Judgment.

DATED: Aug 23, 2023 _____

> Angela E. Noble
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF FLORIDA
> By: _____S.Carlson_____
> Deputy Clerk

By: _____
        As Deputy Clerk

Copies furnished to:
Zachary P Hyman, Esq.
zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com
millenniallawforms@gmail.com

Floyd Mayweather, Jr.
288 South Coconut Lane
Miami Beach, Florida 33139

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,  CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

    Garnishees.
_____/

**WRIT OF GARNISHMENT**

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

    **YOU ARE COMMANDED** to summon the garnishee, **ENHANCE HEALTH LLC, c/o Corporate Service Company, Registered Agent 1201 Hays Street, Tallahassee, Florida 32301**, to serve an answer to this writ on Judgment Creditor's attorney, whose address is Zachary P. Hyman, Esq., Millennial Law, 501 E. Las Olas Blvd, Suite 200/314, Fort Lauderdale, Florida 33301 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Judgment Debtor, ERIC & CO TRADING GROUP LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor the Garnishee is in possession or control of at the time of the answer or had at

the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the Judgment Debtor. The amount set in plaintiff's motion is the sum of $1,168,650.00, plus prejudgment interest of $111,551.32 and post-judgment interest, attorneys' fees and costs in the amount of $8,576 remains due and unpaid on the Judgment.

DATED:   Aug 23, 2023

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _____S.Carlson_____
Deputy Clerk

By: _____
    As Deputy Clerk

Copies furnished to:
Zachary P Hyman, Esq.
zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com
millenniallawforms@gmail.com

Floyd Mayweather, Jr.
288 South Coconut Lane
Miami Beach, Florida 33139