UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,         CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

    Garnishees.
_____/

## EX-PARTE MOTION FOR WRIT OF GARNISHMENT
(After Judgment)

Judgment Creditor, ERIC & CO TRADING GROUP LLC ("***Judgment Creditor***" or "***Eric & Co.***"), moves for the issuance of a Writ of Garnishment pursuant to Fed. R. Civ. P. 64 and Section 77.03, Florida Statutes, against Garnishee, ENHANCE HEALTH LLC ("***Enhance Health***"), on an *ex parte* basis, stating in support thereof as follows:

    1.    On June 3, 2023, this Court entered a Final Judgment (the "***Judgment***") in favor of Eric & Co. and against FLOYD MAYWEATH, JR. ("***Judgment Debtor***" or "***Mayweather***"), in the sum of $1,168,650, plus prejudgment interest of $111,551.32, with interest at the current post-judgment statutory rate as designated in the State of Florida at the time of the filing of this Motion of 7.69%.

    2.    The Judgment was electronically filed by the Court Deputy on June 5, 2023, and a copy of the Judgment was certified by the Clerk on August 1, 2023.

3. The Judgment was recorded on August 15, 2023, under Instrument #119041719 of the Official Public Records of Broward County, Florida. A true and correct copy of the Broward County recorded Judgment is attached hereto as **Exhibit A** and incorporated by reference herein.

4. The Judgment was also recorded on August 22, 2023, under CFN: 20230584720, Book 33846, Page 1498 of the Official Public Records of Miami-Dade County, Florida. A true and correct copy of the Miami-Dade County recorded Judgment is attached hereto as **Exhibit B** and incorporated by reference herein.

5. The sum of $1,168,650, plus prejudgment interest of $111,551.32, and post-judgment interest, attorneys' fees and costs in the amount of $8,576 remains due and unpaid on the Judgment.

6. ERIC & CO. has reason to believe that Garnishees are in possession of money or other property of MAYWEATHER that could be used to pay a portion of the Judgment.

7. Accordingly, ERIC & CO. moves for the issuance of a Writ of Garnishment against Garnishees.

WHEREFORE, ERIC & CO. respectfully requests that the Clerk of the Court issue Writs of Garnishment against Garnishee, ENHANCE HEALTH LLC to capture any money or other property of Judgment Debtor FLOYD MAYWEATHER, JR. that could be used to pay the Judgment.

DATED this **23rd** day of August, 2023.

Respectfully submitted,

**MILLENNIAL LAW**
*Attorneys for Judgment Creditor*
501 E. Las Olas Blvd Ste 200/314
Fort Lauderdale, FL 33301
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
Zachary P. Hyman
Florida Bar No. 98581
zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com
millenniallawforms@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed using the Court's online CM/ECF Filing System on this **23rd** day of August, 2023.