UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,                CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

    Garnishees.
_____/

## PLAINTIFF/JUDGMENT CREDITOR'S NOTICE OF DROPPING ENHANCE HEALTH LLC AS GARNISHEE

PLEASE TAKE NOTICE, Plaintiff/Judgment Creditor, ERIC & CO TRADING GROUP LLC, hereby gives notice that Garnishee, ENHANCE HEALTH LLC, is hereby dropped as a named Garnishee in the above-styled action, without prejudice.

    Respectfully submitted,

**MILLENNIAL LAW**
*Attorneys for Plaintiff/Judgment Creditor*
501 E. Las Olas Blvd Ste 200/314
Fort Lauderdale, FL 33301
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
    Zachary P. Hyman
    Florida Bar No. 98581
    zach@millenniallaw.com
    jessica@millenniallaw.com
    assistant@millenniallaw.com
    millenniallawforms@gmail.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing was filed using the Court's online CM/ECF Filing System on this **8th** day of September, 2023, and that a true and correct copy was served upon Enhance Health, LLC, as follows:

**ENHANCE HEALTH LLC**
c/o Corporate Service Company, Registered Agent
**1201 Hays Street**
**Tallahassee, Florida 32301**

By: *s/ Zachary P. Hyman*
Zachary P. Hyman
Florida Bar No. 98581