# COMPOSITE EXHIBIT C

## Millennial Assistant

| | |
|---|---|
| **From:** | Zachary Hyman |
| **Sent:** | Wednesday, October 25, 2023 10:09 AM |
| **To:** | Jared Lopez |
| **Cc:** | Zaharah R. Markoe; Millennial Assistant; Jessica Faith Lopez |
| **Subject:** | RE: Eric & Co. Trading Group LLC, v. Floyd Mayweather, Jr. |

Mr. Lopez,
We have tried to call you, and e-mail you to discuss this matter, and the Requests for Production that are now overdue.

We are going to be filing a Motion to Compel today. However, as stated, we would prefer to resolve the discovery dispute through entry into an Agreed Order.

I look forward to hearing from you.
Thank you,
Zachary Hyman

**From:** Zachary Hyman
**Sent:** Tuesday, October 24, 2023 11:32 AM
**To:** Jared Lopez <JLopez@royblack.com>
**Cc:** Zaharah R. Markoe <zmarkoe@royblack.com>; Millennial Assistant <assistant@millenniallaw.com>; Jessica Faith Lopez <Jessica@millenniallaw.com>
**Subject:** RE: Eric & Co. Trading Group LLC, v. Floyd Mayweather, Jr.

Mr. Lopez,
Please consider this to be our good faith attempt to meet and confer before seeking relief from the Court.

As you are likely aware, we served a request for production onto your client on September 20, which was re-served via text message and sent you a copy of the Request for Production. To date, there has been no effort to respond to the Request for Production. In addition, we would like to take your client's deposition, but have yet to receive dates.

Can you please let us know your position on these matters, so we don't have to seek judicial relief?

In addition, can you please confirm your representation of Mayweather?
Thank you,
Zachary Hyman

**From:** Zachary Hyman
**Sent:** Monday, October 23, 2023 7:52 AM
**To:** Jared Lopez <JLopez@royblack.com>
**Cc:** Zaharah R. Markoe <zmarkoe@royblack.com>; Millennial Assistant <assistant@millenniallaw.com>; Jessica Faith Lopez <Jessica@millenniallaw.com>
**Subject:** RE: Eric & Co. Trading Group LLC, v. Floyd Mayweather, Jr.

Mr. Lopez,
I hope all is well. It's been more than a month since we served a Request for Production onto your client, and we have not received a response, nor have we received deposition dates. In addition, your office has not entered an appearance in the case.

1

Can you please let us know when your client will be responding to discovery, and provide us dates when he is available for deposition?

I'm also happy to coordinate a phone call to discuss this matter if you'd like.

Thank you,
Zach

---

**From:** Zachary Hyman
**Sent:** Sunday, October 1, 2023 1:17 PM
**To:** Jared Lopez <JLopez@royblack.com>
**Cc:** Zaharah R. Markoe <zmarkoe@royblack.com>; Millennial Assistant <assistant@millenniallaw.com>; Jessica Faith Lopez <Jessica@millenniallaw.com>
**Subject:** RE: Eric & Co. Trading Group LLC, v. Floyd Mayweather, Jr.

Jared,
It's great to hear from you, or someone associated with Mr. Mayweather. We have been trying to contact people who previously represented him to discuss this matter but were forced to contact him directly when none of them responded. It's good that there is someone who we can communicate with, and we hope we can get this matter resolved without having to incur additional substantial attorney's fees and costs.

As you know, my client has obtained the enclosed judgment against your client and in aid of execution on that judgment has issued the enclosed request for production. We have also requested that your client provide us with deposition dates. If you need a reasonable accommodation to address the document requests and/or provide us with deposition dates, we are happy to work with you.

I'm available tomorrow afternoon from 3:30-5:00p.m. to discuss this matter. If that time does not work for you, please suggest an additional time.

I look forward to working with you, and hope you have a great weekend as well.
Thank you,
Zachary Hyman

---

**From:** Jared Lopez <JLopez@royblack.com>
**Sent:** Sunday, October 1, 2023 12:45 PM
**To:** Zachary Hyman <Zach@millenniallaw.com>
**Cc:** Zaharah R. Markoe <zmarkoe@royblack.com>
**Subject:** Eric & Co. Trading Group LLC, v. Floyd Mayweather, Jr.

Mr. Hyman –

Our Firm has been engaged by Mr. Floyd Mayweather, Jr. in connection with the above-referenced matter.  We will be making an appearance in the case tomorrow.   Once we file our appearance we will contact you to arrange a mutually agreeable time to discuss the status.

Kindly direct all communications about this matter to our attention.  Please include my colleague Zaharah Markoe on all communications. She is copied on this email.

Have a great rest of the weekend.

Regards,

Jared

**Jared Lopez**
Managing Partner

**BlackSrebnick**
CIVIL | CRIMINAL
201 South Biscayne Boulevard, Suite 1300, Miami, FL 33131

O 305-371-6421
D 305-350-8359
https://url.avanan.click/v2/___www.royblack.com___.YXAzOm1pbGxlbm5pYWxsYXc6Y

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.