UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CV-20045-RKA

ERIC & CO TRADING GROUP LLC,

    Plaintiff/Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Defendant/Judgment Debtor,

and

JP MORGAN CHASE BANK, N.A. and
ENHANCE HEALTH LLC,

    Garnishees.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE came before the Court on Plaintiff's motion to compel. [ECF No. 24]. The Court conducted a hearing on the motion on November 2, 2023, in which the parties informed the Court that they reached an agreement. After reviewing the motion, all relevant filings, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Defendant Floyd Mayweather Jr. will have 30 days to respond to Plaintiff's request for production and to provide deposition dates as referenced in the motion to compel [ECF No. 24].

2. 15 days later, on or by **December 18, 2023**, Defendant Floyd Mayweather Jr. shall produce documents.

3. Failure to comply may result in sanctions, including an award of reasonable attorney's fees to Eric &Co. Trading Group LLC, pursuant to Federal Rule of Civil Procedure 37.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of November 2023.

1

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**