# EXHIBIT A

Instr# 119041719 , Page 1 of 2, Recorded 08/15/2023 at 09:19 AM
Broward County Commission
Case 1:23-cv-20045-RKA Document 33-1 Entered on FLSD Docket 11/27/2023 Page 2 of 5

Case 1:23-cv-20045-RKA Document 15 Entered on FLSD Docket 06/05/2023 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20045-ALTMAN/Reid

ERIC & CO TRADING GROUP LLC,

*Plaintiff,*

v.

FLOYD MAYWEATHER, JR.,

*Defendant.*

_____/

## DEFAULT FINAL JUDGMENT

In a separate Order [ECF No. 13], the Court granted the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 9]. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS and ADJUDGES** that:

1. Judgment is entered in favor of the Plaintiff as follows:
   a. The Plaintiff shall recover from the Defendant:
      i. Treble damages in the amount of **$1,168,650** for civil theft pursuant to Fla. Stat. § 772.11(1).
      ii. Reasonable attorneys' fees and costs in the amount of **$8,576** pursuant to Fla. Stat. § 772.11(1).

2. The Plaintiff shall be entitled to pre-judgment interest on the total judgment amount at the applicable legal rate from June 6, 2021, through the date of this Judgment.

3. The Plaintiff shall be entitled to post-judgment interest on the total judgment amount as allowable by law from the date of this Judgment through the date of payment.

4. For the above sums, let execution issue.

5. The Court retains jurisdiction to enforce this Default Final Judgment.

Case 1:23-cv-20045-RKA   Document 15   Entered on FLSD Docket 06/05/2023   Page 2 of 2

**DONE AND ORDERED** in the Southern District of Florida on June 3, 2023.

ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

I certify the above is a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/1/2022

Case 1:23-cv-20045-RKA   Document 33-1   Entered on FLSD Docket 11/27/2023   Page 4 of 5

CFN: 20230584720 BOOK 33846 PAGE 1498
DATE:08/22/2023 11:35:16 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

Case 1:23-cv-20045-RKA   Document 15   Entered on FLSD Docket 06/05/2023   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20045-ALTMAN/Reid

**ERIC & CO TRADING GROUP LLC,**

*Plaintiff,*

*v.*

**FLOYD MAYWEATHER, JR.,**

*Defendant.*

_____/

## DEFAULT FINAL JUDGMENT

In a separate Order [ECF No. 13], the Court granted the Plaintiff's Motion for Entry of Final Default Judgment [ECF No. 9]. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS and ADJUDGES** that:

1. Judgment is entered in favor of the Plaintiff as follows:

    a. The Plaintiff shall recover from the Defendant:

        i. Treble damages in the amount of **$1,168,650** for civil theft pursuant to Fla. Stat. § 772.11(1).

        ii. Reasonable attorneys' fees and costs in the amount of **$8,576** pursuant to Fla. Stat. § 772.11(1).

2. The Plaintiff shall be entitled to pre-judgment interest on the total judgment amount at the applicable legal rate from June 6, 2021, through the date of this Judgment.

3. The Plaintiff shall be entitled to post-judgment interest on the total judgment amount as allowable by law from the date of this Judgment through the date of payment.

4. For the above sums, let execution issue.

5. The Court retains jurisdiction to enforce this Default Final Judgment.

Case 1:23-cv-20045-RKA   Document 33-1   Entered on FLSD Docket 11/27/2023   Page 5 of 5
CFN: 20230584720 BOOK 33846 PAGE 1499

Case 1:23-cv-20045-RKA   Document 15   Entered on FLSD Docket 06/05/2023   Page 2 of 2

**DONE AND ORDERED** in the Southern District of Florida on June 3, 2023.

 ROY K. ALTMAN
 UNITED STATES DISTRICT JUDGE

cc: counsel of record

I hereby certify the above to be a true and correct copy of the document on file
Angela E. Noble, Clerk
U.S. District Court
Southern District of Florida

By: _____ Deputy Clerk
Date: 8/1/2023