UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,　　　　　　　CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.

and

SKAR AUDIO, INC.,

    Garnishee.

_____/

**WRIT OF GARNISHMENT**

**THE STATE OF FLORIDA:**

**To Each Sheriff of the State:**

    **YOU ARE COMMANDED** to summon the garnishee, **SKAR AUDIO, INC., c/o Kevin Schlenker, Registered Agent, 9700 18th Street North, St. Petersburg, Florida 33716**, to serve an answer to this writ on Judgment Creditor's attorney, whose address is Zachary P. Hyman, Esq., Millennial Law, 501 E. Las Olas Blvd, Suite 200/314, Fort Lauderdale, Florida 33301 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Judgment Debtor, ERIC & CO TRADING GROUP LLC, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor the Garnishee is in possession or control of at the time of the answer or had at the time of service of

this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the Judgment Debtor. The amount set in plaintiff's motion is the sum of $1,168,650.00, plus prejudgment interest of $111,551.32 and post-judgment interest, attorneys' fees and costs in the amount of $8,576 remains due and unpaid on the Judgment.

DATED: _____

                    ANGELA E. NOBLE
                    CLERK OF COURT

                    By: _____
                        As Deputy Clerk

Copies furnished to:
Zachary P Hyman, Esq.
zach@millenniallaw.com
jessica@millenniallaw.com
assistant@millenniallaw.com
millenniallawforms@gmail.com

Jared Lopez, Esq.
Zaharah R. Markoe, Esq.
Tazio Heller, Esq.
jlopez@royblack.com
zmarkoe@royblack.com
theller@royblack.com
civilpleadings@royblack.com