UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,   CASE NO.: 23-CV-20045-RKA

    Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Judgment Debtor.
and

SKAR AUDIO, INC.,

    Garnishee.
_____/

**NOTICE OF GARNISHMENT AND CERTIFICATE OF SERVICE
PURSUANT TO FED. R. CIV. PRO. 64 AND FLA. STAT. § 77.041**

**PLEASE TAKE NOTICE**, pursuant to Plaintiff/Judgment Creditors' Motion for Writ of Garnishment, a Writ of Garnishment has been issued against Garnishee, SKAR AUDIO, INC. A copy of the Motion and the executed Writ are attached hereto as **Composite Exhibit A**. Also attached is the Notice to Defendant of Rights Against Garnishment of Wages, Money, and Other Property, along with the Claim of Exemption form, as **Exhibit B**.

    Respectfully submitted,

    **MILLENNIAL LAW**
    *Attorneys for Plaintiff/Judgment Creditor*
    501 E. Las Olas Blvd Ste 200/314
    Fort Lauderdale, FL 33301
    Phone: 954-271-2719

    By:  *s/ Zachary P. Hyman*
        Zachary P. Hyman
        Florida Bar No.  98581
        zach@millenniallaw.com
        jessica@millenniallaw.com
        assistant@millenniallaw.com
        millenniallawforms@gmail.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed using the Court's online CM/ECF Filing System on this **27th** day of November, 2023, which sent a true and correct copy to counsel for Defendant, and that a true and correct copy was sent out for service of process upon Garnishee as indicated below.

**Via CM/ECF Notice of Electronic Filing**
**Jared Lopez, Esq.**
**Zaharah R. Markoe, Esq.**
**Tazio Heller, Esq.**
BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
jlopez@royblack.com
zmarkoe@royblack.com
theller@royblack.com
civilpleadings@royblack.com
*Counsel for Defendant/Judgment Debtor*

**Via Process Server**
**SKAR AUDIO, INC.**
c/o Kevin Schlenker, Registered Agent
9700 18th Street North
St. Petersburg, Florida 33716
*Garnishee*