**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ERIC & CO TRADING GROUP LLC,

      Judgment Creditor,                        CASE NO.: 23-CV-20045-RKA

v.

FLOYD MAYWEATHER, JR.,

      Judgment Debtor.

and

SKAR AUDIO, INC.,

      Garnishee.

_____/

**GARNISHEE'S ANSWER TO WRIT OF GARNISHMENT**
**AND DEMAND FOR GARNISHMENT FEE**

Garnishee, SKAR AUDIO, INC., ("Garnishee"), by and through its undersigned attorneys, hereby answers the Writ of Garnishment (the "Writ") served upon Garnishee on November 28, 2023, and states as follows:

1.      As of the time and date of service of the Writ, at the time of this Answer, and at any time between these dates, Garnishee was not and is not indebted to Judgment Debtor Floyd Mayweather, Jr. ("Judgment Debtor").

2.      As of the time and date of service of the Writ, at the time of this Answer, and at any time between these dates, Garnishee did not have in its possession or control any tangible or intangible property of Judgment Debtor.

3.      Garnishee is not aware of any person indebted to Judgment Debtor who may have any property of the Judgment Debtor or who may be holding property in trust on behalf of the Judgment Debtor.

1

4.      Garnishee has retained the undersigned attorneys to represent its interest in this matter and is obligated to pay them reasonable attorneys' fees for their services herein. Garnishee demands that Plaintiff remit the $100 attorneys' fee payment to undersigned counsel for Garnishee pursuant to Section 77.28, Florida Statutes. Garnishee reserves the right to seek additional attorneys' fees and costs in connection with the Writ.

5.      Garnishee demands notice of any and all hearings scheduled relating to the Writ.

Dated:  December 5, 2023

*/s/ Tori C. Simmons*
Tori C. Simmons, Esq.
Florida Bar No. 107081
Hill Ward Henderson
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602
PH:  (813) 221-3900 / FAX:  (813) 221-2900
Email: tori.simmons@hwhlaw.com
Email:  tricia.elam@hwhlaw.com
*Counsel for Garnishee*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed using the Court's online CM/ECF Filing System served on December 5, 2023, which sent a true and correct copy on all counsel or parties of record on the Service List below.

*/s/ Tori C. Simmons*
Tori Simmons

**SERVICE LIST**

**Jared Lopez, Esq.**
**Zaharah R. Markoe, Esq.**
**Tazio Heller, Esq.**
BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
lopez@royblack.com
zmarkoe@royblack.com
theller@royblack.com
civilpleadings@royblack.com
*Counsel for Defendant/Judgment Debtor*

19003274v1