UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,            CASE NO.: 23-CV-20045-RKA

    Plaintiff/ Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Defendant/Judgment Debtor.
_____/

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the deposition of:

| NAME OF DEPONENT | DATE AND TIME | LOCATION |
|---|---|---|
| **Floyd Mayweather** | **January 11, 2024 at 10:00 a.m.** | **BLACK SREBNICK, P.A.** 201 S. Biscayne Boulevard, Suite 1300 Miami, Florida 33131 |

before CourtScribes, Court Reporter, or any other officer authorized by law to take depositions in the State of Florida. This deposition will be taken in real time before a court reporter. The oral examination will continue from day-to-day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court.

    **If you are a person with a disability who needs any accommodation in order to participate in this deposition, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Zachary P. Hyman, Millennial Law, 501 E Las Olas Blvd. Ste. 200/308, Fort Lauderdale, Florida 33301, Phone: 954-271-2719, at least three (3) day before the deposition, or immediately upon receiving this notification if the time before the**

**scheduled appearance is less than 7 days; if you are hearing or voice impaired, please call Florida Relay Service No. 1-800-955-8771.**

Respectfully submitted,

**MILLENNIAL LAW, INC.**
*Attorneys for Plaintiff/Judgment Creditor*
501 East Las Olas Blvd, Suite 200/314
Fort Lauderdale Fl 33301
Phone: 954-271-2719

By: *s/ Zachary P. Hyman*
    Zachary P. Hyman
    Florida Bar No. 98581
    zach@millenniallaw.com
    jessica@millenniallaw.com
    assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December, 2023, a true and correct copy of the foregoing was filed using the Florida Courts eFiling Portal, which in turn sent notice of electronic filing to:

**Via CM/ECF Notice of Electronic Filing**
**Jared Lopez, Esq.**
**Zaharah R. Markoe, Esq.**
**Tazio Heller, Esq.**
BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
jlopez@royblack.com
zmarkoe@royblack.com
theller@royblack.com
civilpleadings@royblack.com
*Counsel for Defendant/Judgment Debtor*

By: *s/ Zachary P. Hyman*
    Zachary P. Hyman