UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


ERIC & CO TRADING GROUP, LLC,

      Judgment Creditor,

vs.

FLOYD MAYWEATHER, JR.,

      Judgment Debtor,

and
BANK OF AMERICA, N.A.,

      Garnishee

_____/

CASE NO.: 23-CV-20045-RKA


ANSWER OF GARNISHEE AND
DEMAND TO PLAINTIFF FOR
PAYMENT OF ATTORNEY'S  FEES


Garnishee, BANK OF AMERICA, N.A., by its undersigned attorney, Answers the Writ

of Garnishment served on it as follows:

1.      At the time of the service of the Writ of Garnishment, plus sufficient time not to

exceed one business day for Garnishee to act expeditiously on the Writ, and at the time of its

Answer and at all times between service and its Answer, Garnishee was **not** indebted to

Judgment Debtor, FLOYD MAYWEATHER, JR.


2.      Garnishee's records indicate the following account(s), which was/were **closed**

prior to the service of the Writ of Garnishment in this case:

| Account Number(s) | Name on Account(s) | Date Account Closed |
|---|---|---|
| xxxx-xxxx-8760 | Floyd J. Mayweather, Jr.<br>4720 Laguna Vista St.<br>Las Vegas, NV 89147-6043 | 06/15/17 |

| <u>Account Number(s)</u> | <u>Name on Account(s)</u> | <u>Date Account Closed</u> |
|---|---|---|
| xxxx-xxxx-4975 | Floyd J. Mayweather, Jr.<br>4720 Laguna Vista St.<br>Las Vegas, NV 89147-6043 | 05/25/17 |

3.       Garnishee knows of no other person indebted to the Judgment Debtor or any other

person who may have any effects, goods, money or chattels of the said Judgment Debtor nor did

Garnishee have in its possession or control any other tangible or intangible  personal property of

the Judgment Debtor.

4.       In accordance with Section 77.28  as amended on July 1, 2014, and having filed

the Answer of Garnishee in this case, **Garnishee  hereby  demands from Plaintiff  the**

**payment  forthwith of the $100.00  statutory garnishment fee** for the part payment of its

attorney's fees, to be made **payable to The Noa Law Firm, P.A.,** Garnishee's attorney(s), and to

be mailed to:

> **THE  NOA LAW FIRM, P.A.**
> **P. O. Box  941958**
> **Miami, Florida 33194**

WHEREFORE, Garnishee prays that this Court enter its judgment determining proper

disposition of any funds held pursuant to the Writ of Garnishment and **demands payment by**

**Plaintiff forthwith of the $100.00  statutory garnishment fee** as part payment of Garnishee's

attorney's fees, to be made **payable to The Noa Law Firm, P.A.,** Garnishee's attorney(s), and

for any other relief this Court deems just and proper.

## DESIGNATION OF EMAIL ADDRESS

Pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, Counsel for

Garnishee hereby designates the following primary email address for service of court documents:

Primary email address: e-service@noalawfirm.com.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing  was furnished via electronic mail

this __19TH__ day of __DECEMBER__, 2023  to ZACHARY P. HYMAN, ESQ.,

ATTORNEY FOR PLAINTIFF, MILLENNIAL LAW, Email: Zach@millenniallaw.com.


THE  NOA LAW FIRM, P.A.
ATTORNEY(S)  FOR GARNISHEE
P. O. Box  941958
Miami, Florida 33194
Telephone: (305)559-9620
Facsimile: (305)559-3611


By: _____
   [ ]  ANA DIAZ NOA, ESQ.,  FBN  729299
   [√] JOSEPH A. NOA, JR., ESQ., FBN  81984
   [ ]  MICHAEL A. NOA, ESQ.,  FBN  93621