UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIA

CASE NO.: 23-CV-20045-RKA

ERIC & CO TRADING GROUP LLC,

             Plaintiff,

vs.

FLOYD MAYWEATHER JR.,

             Judgment Debtor,

and

TD BANK, NATIONAL ASSOCIATION,

             Garnishee.

_____/

ANSWER OF GARNISHEE, NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS, AND DEMAND PURSUANT TO FLORIDA STATUTES § 77.28 FOR PAYMENT BY JUDGMENT CREDITOR'S COUNSEL OF TD BANK'S ATTORNEYS' FEES
FLORIDA BAR #472050

      Garnishee, TD Bank, N.A. s/h/a TD Bank, National Association, by its undersigned attorney, answers the Writ of Garnishment served on it as follows and, pursuant to Florida Rule of Judicial Administration 2.516, requests that every pleading and every other document filed in connection with this proceeding be served at the e-mail address appearing in the signature block below:

      1.    At the time of the service of the Writ of Garnishment, plus one business day to allow TD Bank sufficient time to act expeditiously on the writ, and at all times subsequent to such service, up to and including the time of the making of this Answer, TD Bank's records reflect the following account(s) opened in Florida, which may be subject to the Writ of Garnishment.

| Account Number(s) | Name/Address on Account |
|---|---|
| None | |

      2.    Pursuant to provisions of §§ 77.06(2) and (3) of Florida Statutes, and subject to Court determination of the proper disposition of proceeds of the above account(s), TD Bank has retained the following sums:

| Account Number(s) | Amount Retained |
|---|---|
| None | |

3.    TD Bank knows of no other person indebted to the Judgment Debtor, or any other person who may have any effects, goods, money or chattels of the said Judgment Debtor, nor did TD Bank have in its possession or control any other tangible personal property of the Judgment Debtor.

4.    Having fully answered the Writ of Garnishment served upon it, pursuant to Florida Statutes § 77.28 TD Bank demands that the party applying for such writ shall pay to Zeichner Ellman & Krause LLP, Attn: Barry J. Glickman, Esq., 1211 Avenue of the Americas, 40th Floor, New York, NY 10036, the sum of $100. representing partial reimbursement for attorneys' fees expended by TD Bank in responding to this Writ of Garnishment.

WHEREFORE, TD Bank prays this Court enter its judgment determining proper disposition of any funds held pursuant to the Writ of Garnishment and hereby demands payment of statutory garnishment fees to be made payable to TD Bank, N. A.'s attorney.

Dated:    December 19, 2023

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Garnishee
TD Bank, N.A.
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400
flservice@zeklaw.com

I HEREBY CERTIFY that on **December 19, 2023**, a true copy of the foregoing *Answer of Garnishee, Notice of Designation of Primary E-Mail Address, and Demand Pursuant to Florida Statutes § 77.28 for Payment By Judgment Creditor's Counsel of TD Bank's Attorneys' Fees* was furnished by E-mail to **Zachary P. Hyman, Esq.** Attorney for Plaintiff**:** zach@millenniallaw.com; millenniallawforms@gmail.com; jessica@millenniallaw.com; assistant@ millenniallaw.com;

By: _____
Attorney for TD Bank, N.A.