UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-CV-20045-RKA

ERIC & CO TRADING GROUP LLC,

    Plaintiff/Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Defendant/Judgment.

_____/

## NOTICE OF SETTLEMENT

    Pursuant to S.D. Fla. L.R. 16.4 and this Court's Order [D.E. 88], the parties file this Notice of Settlement within two (2) days of such agreement being reached on December 20, 2023. The parties are preparing the written settlement agreement, and pursuant to the terms of the settlement, Plaintiff will file a notice of dismissal without prejudice upon receipt of the first payment and will file a notice of dismissal with prejudice upon completion of all payments pursuant to the settlement agreement.

Dated: December 22, 2023



| | |
|---|---|
| **BLACK SREBNICK, P.A.**<br>201 S. Biscayne Boulevard, Suite 1300<br>Miami, Florida 33131<br>Phone: (305) 371-6421<br><br>By: */s/ Jared Lopez*<br>　　Jared Lopez, Esq.<br>　　Florida Bar No. 103616<br>　　Zaharah R. Markoe, Esq.<br>　　Florida Bar No. 504734<br>　　Tazio Heller, Esq.<br>　　Florida Bar No. 1031521<br>　　jlopez@royblack.com<br>　　zmarkoe@royblack.com<br>　　theller@royblack.com<br>　　civilpleadings@royblack.com<br><br>*Counsel for Floyd Mayweather, Jr.* | **MILLENNIAL LAW**<br>501 E. Las Olas Boulevard<br>Fort Lauderdale, Florida 3330<br>Phone : (954) 271-2719<br><br>By: */s/ Zachary P. Hyman*<br>　　Zachary P. Hyman, Esq.<br>　　Florida Bar No. 98581<br>　　zach@millenniallaw.com<br>　　jessica@millenniallaw.com<br>　　assistant@millenniallaw.com<br>　　millenniallawforms@gmail.com<br><br>*Counsel for Eric & Co Trading Group LLC* |

