**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-20045-ALTMAN/Reid**

**ERIC & CO TRADING GROUP LLC**,

    *Plaintiff*,

v.

**FLOYD MAYWEATHER, JR.**,

    *Defendant*.

_____/

**ORDER**

    The Plaintiff / Judgment Creditor, Eric & Co Trading Group LLC, has filed a Motion to Dissolve Writs of Garnishment (the "Motion") [ECF No. 96]. Because "[t]he parties to this matter have recently reached a settlement," the Plaintiff tells us, "the Writs of Garnishment are now unnecessary." *Id.* at 1. The Plaintiff now asks us to enter an order dissolving the following writs of garnishment:

    a. Writ of Garnishment Against JP Morgan Chase Bank, N.A. [ECF No. 18];

    b. Writ of Garnishment Against Skar Audio, Inc. [ECF No. 34];

    c. Writs of Garnishment Against 305 Plastic Surgery Corp. and 5040 MD Management Corp d/b/a Vixen Plastic Surgery [ECF No. 41];

    d. Writs of Garnishment Against Wells Fargo Bank, N.A., U.S. Bank National Association, PNC Bank, TD Bank National Association, and Truist Bank [ECF No. 64];

    e. Writs of Garnishment Against Goldman Sachs Bank USA, Fifth Third Bank, National Association, Citigroup Inc. d/b/a Citibank, N.A., Bank of America, National Association and BNY Mellon, N.A. [ECF No. 70].

After careful review, we hereby **ORDER and ADJUDGE** that the Motion [ECF No. 96] is **GRANTED**. The Writs of Garnishment entered at [ECF Nos. 18, 34, 41, 64, 70] are hereby **DISSOLVED**.

**DONE AND ORDERED** in the Southern District of Florida on January 8, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record