**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 23-CV-20045-RKA

ERIC & CO TRADING GROUP LLC,

    Plaintiff/Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Defendant/Judgment Debtor.
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS STIPULATED AND AGREED by and between the Parties that they resolved this case and pursuant to the parties' settlement agreement, that the above captioned action is voluntarily dismissed, without prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and this Court's Order. D.E. 93 at 1.

Dated: January 8, 2024

| | |
|---|---|
| **BLACK SREBNICK, P.A.** | **MILLENNIAL LAW** |
| 201 S. Biscayne Boulevard, Suite 1300 | 501 E. Las Olas Boulevard |
| Miami, Florida 33131 | Fort Lauderdale, Florida 3330 |
| Phone: (305) 371-6421 | Phone : (954) 271-2719 |
| | |
| By: /s/ Jared Lopez | By: /s/ Zachary P. Hyman |
|     Jared Lopez, Esq. |     Zachary P. Hyman, Esq. |
|     Florida Bar No. 103616 |     Florida Bar No. 98581 |
|     Zaharah R. Markoe, Esq. |     zach@millenniallaw.com |
|     Florida Bar No. 504734 |     jessica@millenniallaw.com |
|     Tazio Heller, Esq. |     assistant@millenniallaw.com |
|     Florida Bar No. 1031521 |     millenniallawforms@gmail.com |
|     jlopez@royblack.com | |
|     zmarkoe@royblack.com | *Counsel for Eric & Co Trading Group LLC* |
|     theller@royblack.com | |
|     civilpleadings@royblack.com | |

*Counsel for Floyd Mayweather, Jr.*

