UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC & CO TRADING GROUP LLC,                    CASE NO.: 23-CV-20045-RKA

    Plaintiff/ Judgment Creditor,

v.

FLOYD MAYWEATHER, JR.,

    Defendant/Judgment Debtor.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

ERIC & CO TRADING GROUP LLC ("Plaintiff"), by and through undersigned counsel, hereby gives notice that Plaintiff's Complaint against FLOYD MAYWEATHER, JR. ("Defendant") has been dismissed, with prejudice, with each party to bear their respective attorneys' fees and costs.

Dated: December 23, 2024

                                          Respectfully submitted,

                                          MILLENNIAL LAW, INC.
                                          501 E. Broward Blvd, Ste 200/314
                                          Fort Lauderdale Fl 33301
                                          Phone: 954-271-2719

                                          By: *s/ Zachary P. Hyman*
                                                  Zachary P. Hyman
                                                  Florida Bar No.  98581
                                                  zach@millenniallaw.com
                                                  jessica@millenniallaw.com
                                                  assistant@millenniallaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd** day of December, 2024, a true and correct copy of the foregoing was filed using the Florida Courts eFiling Portal, which in turn sent notice of electronic filing to:

**Jared Lopez, Esq.**
**Zaharah R. Markoe, Esq.**
**Tazio Heller, Esq.**
BLACK SREBNICK, P.A.
201 S. Biscayne Boulevard, Suite 1300
Miami, Florida 33131
jlopez@royblack.com
zmarkoe@royblack.com
theller@royblack.com
civilpleadings@royblack.com
*Counsel for Defendant/Judgment Debtor*

By: *s/ Zachary P. Hyman*
      Zachary P. Hyman